PD-0445-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/27/2015 12:23:12 PM
Accepted 7/27/2015 12:40:36 PM
ABEL ACOSTA
CLERK

# No. PD-0445-15

_____

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

_____

THE STATE OF TEXAS,
Appellant,

v.

DAVID FREDERICK CARY,
Appellee.

_____

On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
Court of Appeals No. 05-13-01010-CR

_____

## STATE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE STATE'S BRIEF

_____

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

**\*JOSEPH P. CORCORAN**
Assistant Attorney General
Supervising Attorney
for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

**\*Lead Appellate Counsel**

_____

ATTORNEYS FOR THE STATE

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, the State of Texas and files this, the State's Motion for an Extension of Time to File the State's Brief, and respectfully shows the following:

I.

The State's opening brief in this appeal is presently due Friday, July 31, 2015.

II.

The State hereby requests an extension of **14 days** to file its brief, extending the new deadline to **Friday, August 14, 2015**. This is the State's first extension request.

III.

As justification for this request, in the last three weeks the undersigned attorney (as the non-capital appellate supervisor for the Criminal Appeals Division of the Texas Attorney General), was required to perform an in-depth review of several non-extendible appellate briefs, including: a brief in opposition to certiorari in *Hunt v. Texas*, No. 14-8575, filed in the Supreme Court of the United States on July 23, 2015; a brief in *Vollmer v. Stephens*, No. 14-10301, filed in the United

States Court of Appeals for the Fifth Circuit on July 14, 2015; and a brief in *Romero v. Stephens*, No. 14-40570, filed in the United States Court of Appeals for the Fifth Circuit on July 11, 2015. Moreover, the undersigned attorney will be traveling out-of-state on a pre-paid vacation from August 5, until August 9, 2015. This request is not designed to harass Appellee, nor to unnecessarily delay these proceedings, but to ensure that the State's legal arguments are properly presented.

The undersigned conferred with Appellant's counsel of record on July 24, 2015, who is *unopposed* to this motion.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests an extension of time to file its brief up to and including **Friday, August 14, 2015**.

Respectfully submitted,


KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division


/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN*
Assistant Attorney General
Supervising Attorney
 for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P.O. Box 12548, Capitol Station
Austin, Texas   78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

*Lead Counsel

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Mr. John Helms prior to the filing of this motion, and he indicated that he did not oppose the extension.

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that if the email address of attorneys designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorneys via electronic mail:

John Michael Helms Jr.
Attorney for Appellant

Moreover, I do hereby certify that if the email addresses for the designated attorneys are not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email, addressed to:

John Michael Helms Jr.
john@johnhelmslaw.com

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General